IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mary Simpson,<br><br>            Plaintiff,<br>   v.<br><br>Torres Credit Services, Inc.; and DOES 1-10, inclusive,<br><br>            Defendants. | Civil Action No.: 1:14-cv-03569 |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITHOUT PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Mary Simpson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and gives notice that the action is dismissed without prejudice as to all Defendants. Should Plaintiff not file a request to reinstate within forty-five (45) days, said dismissal shall be with prejudice.

Dated: June 2, 2014

                                            Respectfully submitted,

                                            PLAINTIFF, Mary Simpson

                                            By:   /s/Sergei Lemberg
                                                  Sergei Lemberg, Esq.
                                                  LEMBERG LAW, L.L.C.
                                                  1100 Summer Street, 3rd Floor
                                                  Stamford, CT 06905
                                                  Telephone: (203) 653-2250
                                                  Facsimile:  (203) 653-3424

## **CERTIFICATE OF SERVICE**

  I hereby certify that on June 2, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                 By /s/Sergei Lemberg
                    Sergei Lemberg