UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Mary Simpson
                              Plaintiff,

v.                                           Case No.: 1:14−cv−03569
                                                   Honorable Charles P. Kocoras

Torres Credit Services, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, June 4, 2014:

      MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to parties Notice of voluntary dismissal in accordance with Fed. R. Civ. P. 41(a) (Doc. no. [5]), this matter is hereby dismissed without prejudice as to all defendants. Should Plaintiff not file a request to reinstate within forty−five (45) days, said dismissal shall be with prejudice without further order of the Court. Civil case terminated. Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.