IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Mary Simpson, | : |
| | : |
| | : Civil Action No.: 1:14-cv-03569 |
| Plaintiff, | : |
| v. | : |
| | : |
| Torres Credit Services, Inc.; and DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY
DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Mary Simpson ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: August 1, 2014

                                                Respectfully submitted,

                                                PLAINTIFF, Mary Simpson

                                                By: /s/ Sergei Lemberg
                                                    Sergei Lemberg, Esq.
                                                    LEMBERG LAW L.L.C.
                                                    1100 Summer Street, 3rd Floor
                                                    Stamford, CT 06905
                                                    Telephone: (203) 653-2250
                                                    Facsimile: (203) 653-3424

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 1, 2014, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                      By /s/ Sergei Lemberg
                                          Sergei Lemberg